AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-mj-00536-DJA |
| | ) | |
| DOMINIQUE JAMES PRESTON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | District of Oregon | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 8, 2022

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

*Printed name and title*

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

              JUL - 8 2022

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```